## OSBOURNE ET AL. v. MISSISSIPPI VALLEY BARGE LINE CO. ET AL.

No. 768.   Decided January 15, 1968.

*John L. Laubach, Jr.*, for appellants Osbourne et al.

*Arthur L. Winn, Jr., Samuel H. Moerman, J. Raymond Clark* and *James M. Henderson* for Mississippi Valley Barge Line Co. et al., and *Solicitor General Griswold, Assistant Attorney General Turner, Robert W. Ginnane* and *Fritz R. Kahn* for the United States et al., appellees.

PER CURIAM.

The motions to affirm are granted and judgment is affirmed without prejudice to the presentation of an appropriate motion in the United States District Court for the Eastern District of Missouri for a modification of the injunction.